# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fiallos v. Samuels _____ Docket No.: 26-2311 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alex Fumelli

Firm: New York City Law Department

Address: 100 Church Street

Telephone: 212-356-2516 Fax:

E-mail: afumelli@law.nyc.gov

**Appearance for:** Kamar H. Samuels and NYC Department of Education, appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Steven Banks, New York City Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ______________________ OR

☐ I applied for admission on ______________________.

Signature of Counsel: /s/ Alex Fumelli

Type or Print Name: Alex Fumelli